# EXHIBIT 16

Best viewed in HTML
Sending on behalf of AFMRA SG3/4 COVID-19 Vaccination Program and Defense Health Agency (DHA)
-------------------------------------------------------------------
AFMS MAJCOM Surgeons and Medical Wing/Group/Squadron Commanders, MTF Directors, Vaccine Coordinators and Logistics Champions,

S: COVID-19 vaccine updates as of **23 Jan 2023.**

B: Download/save the following attachments from the Kx: **Allergy/Immunization (health.mil).**

1. **Vaccine Program Updates**
   - On **Tuesday, 24 Jan 23**, 1400-1500, CDC will present "**Updates to COVID-19 Testing and Treatment for the Current SARS-CoV-2 Variants**," via their Clinical Outreach and Communication Activity (COCA) webinar.
      - During this COCA Call, subject matter experts will provide an overview of COVID-19 epidemiology and the current variant landscape, address current CDC testing guidance and the NIH and IDSA COVID-19 treatment guidelines, and discuss risk assessment and considerations for treatment options. The link to the webinar is here.

   - On **Thursday, 26 Jan 23**, 0830-1730, the **FDA** will hold a meeting of its **Vaccines and Related Biological Products Advisory Committee (VRBPAC)** to consider whether and how the composition for primary doses of the currently available COVID-19 vaccines should be modified and how and whether the composition and schedule for booster doses should be adjusted moving forward. The draft agenda is available here. The briefing document is available here.

   a. **MMWR_Reasons for Receiving or Not Receiving Bivalent COVID-19 Booster Vaccinations Among Adults — United States, Nov 1–Dec 10, 2022_20Jan23**
      - An online opt-in survey of 1,200 previously vaccinated U.S. residents found that the most common reasons for not getting a bivalent booster dose were lack of awareness about eligibility or availability and overconfidence in immunity; reasons varied by age group. To help increase bivalent booster dose coverage, health care and public health professionals should use evidence-based strategies to inform persons about booster vaccine recommendations and waning immunity.

1. **Vaccine Logistics/Distribution Updates**
   - Vaccine orders for Pediatric bivalent vaccine (6 months to 4/5years) are currently pending with unknown ship dates. Updates will be provided as soon as available.

   - **All available Moderna Spikevax Vaccine** expired last week. There is no further vaccine to order at this time. Future orders for Moderna adult vaccine will be Adult Moderna (6505-01-692-5287). This NSN will be added to the USAMMA-Doc portal to order and Spikevax will no longer be available as an order option.

   a. **MMQC_22_1583_Moderna and Pfizer Shelf-Life Extension_13 Dec22**
      - MTFs and vaccination sites may update cartons and vials of Moderna and Pfizer COVID-19 vaccine supplied in multiple dose vials that have an expiry date in Nov, Dec 2022 and Jan 2023 printed on the label. All of these lots are monovalent COVID-19 vaccine for

primary use only.
- **Moderna Vial Expiration Checker**: https://modernacovid19global.com/vial-lookup?#vialLookUpTool
- **Pfizer-BioNTech COVID-19 Vaccine Expiry**: https://lotexpiry.cvdvaccine.com/

2. **Vaccine IT Updates**

-ASIMS is standing by to receive further guidance and direction from the Department of the Air Force (DAF) with regard to the Secretary of Defense Memorandum dated 10 January 2023, rescinding the COVID-19 vaccine requirement. Updates to the display in ASIMS will be made in the coming weeks to align with DAF policy.

**\*Remember** Genesis sites should document in Genesis. Only document in ASIMS if no access to Genesis at your site.

**\* Please note:** **Capability at MHS GENESIS (MHSG) sites to enter immunizations for family members/retirees in Aeromedical Services Information Management System (ASIMS) will cease beginning 1 Mar 23**.

3. **Vaccine Education and Training Updates**

- **PLEASE TAKE PRECAUTIONS TO AVOID VACCINE ADMINISTRATIVE ERRORS:**
  - Strategies to prevent errors can be found in the "Vaccine Administration" chapter of *Epidemiology and Prevention of Vaccine-Preventable Diseases* (Pink Book).
  - Additional resources can be found on CDC's vaccine administration web page, including a job aid for preventing errors.
  - Video for healthcare workers to help prevent vaccine administration errors
    https://www2.cdc.gov/vaccines/ed/covid19/videos/va/va.asp

- **If you have best practices to avoid vaccine administrative errors, please share with us at usaf.pentagon.afmra.mbx.afms-covid-vaccine@mail.mil**

A: Download/read the attachments.

R: Carefully review and disseminate this information to all healthcare members involved with COVID-19 vaccine operations.

**Additional Updates:**
- **(INFO) MMQC & CDC Updates**:
  - We recommend that all COVID-19 vaccine coordinators, logistic, and immunization personnel register to receive vaccine updates from the DoD Medical Materiel Quality Control (MMQC) messages at: https://www.amlc.army.mil/USAMMA/Logistics/MMQCMMIMsgMgmt/.
  - Additionally, we encourage all to monitor changes/updates to the CDC's COVID- 19 vaccine clinical updates on CDC's webpage at: https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html.

- o **(INFO)** Access the latest DAF COVID-19 Vaccine Confidence updates, resources and publications. Link to: **DAF COVID-19 Vaccine Confidence Working Group (CVCWG) milSuite Site**
    - **Vaccine Confidence Questions, Ideas or Featured Practices to share?** E-mail the CVCWG at: usaf.pentagon.af-sg.mbx.vaccine-confidence-wg@mail.mil
- o **(INFO) DHA COVID-19 Vaccine Toolkit** – Your source for COVID-19 Vaccine Communications: Defense Health Agency (DHA) developed this digital toolkit to help you communicate with beneficiaries about the COVID-19 vaccine. The assorted print, digital, and social media graphics should be used locally to generate awareness among populations. This comprehensive, multi-touch communications campaign focuses on raising awareness around vaccine options and resources, targeted at different beneficiary categories.
    - Link: https://health.mil/Military-Health-Topics/MHS-Toolkits/TRICARE-Communications-COVID-19-Vaccine-Toolkit

Forward questions regarding any of these updates and guidance to the AF/SG3/4 COVID-19 Vaccination Program Points of Contact: Lt Col David Sayers and Lt Col Sonia Molchan at the AFMRA Vaccine Distribution org box: usaf.pentagon.afmra.mbx.afms-covid-vaccine@mail.mil.

For AFMS COVID-19 Vaccine Exemption related **testing** or Force Health Protection questions, please e-mail the AFMS Public Health's COVID-19 vaccine org box: usaf.pentagon.af-sg.mbx.team-covid-19@mail.mil

**Need to be added or removed from this distro list? Do so on our AFMS Kx here: DAF COVID-19 Vaccine POCs- All Items (health.mil)**