# In the United States Court of Federal Claims

No. 23-211
(Filed: July 23, 2024)

```
*************************************
NICHOLAS BASSEN, et al.,             *
                                     *
                   Plaintiffs,       *
                                     *
       v.                            *
                                     *
THE UNITED STATES,                   *
                                     *
                   Defendant.        *
*************************************
```

## ORDER

    On July 18, 2024, the plaintiffs filed an unopposed motion to amend the scheduling order to extend by two weeks the deadline by which the plaintiffs had to file their MJAR. [ECF 39]. Accordingly, for good cause shown, the Court **GRANTS** the plaintiffs' motion. The plaintiffs' MJAR is due by **August 16, 2024**.

    **IT IS SO ORDERED.**

s/ Thompson M. Dietz
Thompson M. Dietz, Judge
